UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASHLEY C. SCOTT,

    Plaintiff,

v.                                        Case No. 3:12-cv-494-J-25MCR

UNITED STATES OF AMERICA,

    Defendant.
_____/

## JUDGMENT

**THIS CAUSE** came before this Court for a trial by jury. The parties having presented their case and the jury having rendered its verdict, it is

**ORDERED and ADJUDGED** that:

1.     Ashley C. Scott is indebted to the United States for Trust Fund Recovery Penalty ("TFRP") tax assessments, as of February 6, 2017, and pursuant to 26 U.S.C. § 6672, for the following quarters and in the stated amounts:

| QUARTERS | DATE ASSESSED | AMOUNT ASSESSED | INTEREST | AMOUNT OWED |
|---|---|---|---|---|
| September 30, 2005 | 10/22/2010 | $71,458.98 | $16,192.44 | $87,651.42 |
| December 31, 2006 | 10/22/2010 | $63,582.63 | $14,407.69 | $77,990.32 |
| June 30, 2007 | 10/22/2010 | $58,569.54 | $13,278.73 | $71,848.27 |
|  |  |  |  |  |
| TOTAL |  | $193,611.15 | $43,878.86 | $237,490.01 |

2.     Ashley C. Scott is not liable for the Trust Fund Recovery Penalties tax

assessments for the following quarters:

| QUARTERS | DATE ASSESSED | AMOUNT ASSESSED | AMOUNT OWED |
|---|---|---|---|
| March 31, 2004 | 10/22/2010 | $53,707.93 | $0.00 |
| June 30, 2004 | 10/22/2010 | $21,234.64 | $0.00 |
| September 30, 2004 | 10/22/2010 | $56,597.58 | $0.00 |
| December 31, 2004 | 10/22/2010 | $58,622.55 | $0.00 |
| March 31, 2005 | 10/22/2010 | $66,042.90 | $0.00 |
| December 31, 2005 | 10/22/2010 | $65,265.38 | $0.00 |
| September 30, 2006 | 10/22/2010 | $28,704.13 | $0.00 |
| March 31, 2007 | 10/22/2010 | $50,692.10 | $0.00 |
| September 30, 2007 | 10/22/2010 | $66,383.73 | $0.00 |
| December 31, 2007 | 10/22/2010 | $52,600.50 | $0.00 |

3. The aggregate amount of indebtedness owed by Ashley C. Scott to the United States is in the amount of $237,490.01, as of February 6, 2017, for the three (3) TFRP quarters. Post-judgment interest shall accrue on this amount pursuant to 26 U.S.C. §§ 6621(a)(2) and 6622(a) from February 6, 2017 until this Judgment is paid or becomes legally unenforceable.

4. The United States may apply for costs within fourteen (14) days of entry of this judgment.

DONE and ORDERED this 27th day of February, 2017.

HENRY LEE ADAMS, JR.,
United States District Judge

Copies furnished to: Counsel of Record

-2-