UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASHLEY C SCOTT,

    Plaintiff,

v.                                      Case No. 3:12-cv-494-J-39MCR

UNITED STATES OF AMERICA,
TREASURY DEPARTMENT,
INTERNAL REVENUE SERVICE and
TYRENE SCOTT,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. The Court ordered the parties to inform the Court on or before January 31, 2020, whether they believe a settlement conference before the assigned magistrate judge would assist in resolving this case. (Doc. 191 at 1 fn.1). To date, the parties failed to inform the Court.

Accordingly, it is

**ORDERED:**

On or before **March 9, 2020**, the parties shall **SHOW CAUSE** by written response why this Court should not impose sanctions for failing to comply with the Court's Order (Doc. 191). By this same date, **March 9, 2020**, the parties shall comply with the Court's Order (Doc. 191) by informing the Court whether they believe a settlement conference before the assigned magistrate judge would assist in resolving this case. The failure to timely respond to this Order may result in separate sanctions.

DONE and ORDERED in Jacksonville, Florida this 24th day of February, 2020.

*(signature)*
BRIAN J. DAVIS
United States District Judge

5
Copies furnished to:

Counsel of Record